# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2262
Lower Tribunal No. 22-CA-002310

_____

CASEY ASKAR,

Appellant,

v.

SUSA ABO, JOANNE VENETIS, WILLIAM FIGLESTHALER, VICTORY INSIGHTS, LLC, BENJAMIN GALBRAITH, RACHAEL HURLEY, MATTHEW HURLEY, ANDREW DUSKIN, and STANLEY CARTER,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
Keith R. Kyle, Judge.

May 21, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and MIZE, JJ., concur.


Donald G. Peterson and Yasser Lakhlifi, of Yarnell & Peterson, P.A., Naples, for Appellant.

Matthew M. Jackson and Matthew S. Toll, of Toll Law, Fort Myers, for Appellee, Joanne Venetis.

No Appearance for Appellees, Susan Abo, William Figlesthaler, Victory Insights, LLC, Benjamin Galbraith, Rachael Hurley, Matthew Hurley, Andrew Duskin, and Stanley Carter.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED